DEVIN DERHAM-BURK #104353
CHAPTER 13 STANDING TRUSTEE
P O BOX 50013
SAN JOSE, CA 95150-0013

Telephone: (408) 354-4413
Facsimile: (408) 354-5513

Trustee for Debtors

**ORIGINAL**

**FILED**

JUN 1 8 2010

UNITED STATES BANKRUPTCY COURT
SAN FRANCISCO, CA

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

In Re: ) Chapter 13
)
STEPHEN EUGENE PEGG ) Case No. 05-51946 ASW
)
GINA NICOLE PEGG ) **NOTICE OF UNCLAIMED DIVIDEND**
)
          Debtors )
)

The final dividend to Creditor, ASSOCIATES HOUSING FINANCE LLC in the above entitled matter was returned marked: RETN TO SENDER-NOT DELIVERABLE AS ADDRESSED

It appearing to the Court that a reasonable effort was made to locate the Creditor, and good cause appearing therefore,

IT IS REQUESTED that DEVIN DERHAM-BURK herein forthwith pay over to the Clerk of the above entitled Court, the sum of $1,460.94 as an unclaimed dividend.

    Claim # 10001    ASSOCIATES HOUSING FINANCE LLC
                              P O BOX 32965
                              KNOXVILLE, TN 37930-2965

Dated: June 16, 2010

                                           DEVIN DERHAM-BURK, TRUSTEE

**R 13 TRUSTEE**
BOX 50013
E, CA 95150-0013

RECEIVED
APR 2 3 2009
Devin Derham-Burk
Trustee, Chapter 13

$00.42
APR 15 2009
MAILED FROM ZIP CODE 95032

NIXIE 979 DE 1 00 04/20/09
RETURN TO SENDER
NOT DELIVERABLE AS ADDRESSED
UNABLE TO FORWARD
BC: 95150001319 *1955-10957-15-41

ASSOCIATES HOUSING FINANCE LLC
P.O. BOX 32965
KNOXVILLE, TN 37930-2965



Case: 05-51946   Doc# 35   Filed: 06/18/10   Entered: 07/13/10 15:30:09   Page 2 of 2